United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | CRIMINAL CASE NO. 4:26-CR-00584-2,4 |
| | § | |
| **ALEXANDER DENMAN AND DON MOORE, JR.** | § | |

## SCHEDULING ORDER

The following schedule will control the disposition of this case:

| | | |
|---|---|---|
| **1.** | **MOTIONS will be filed no later than**<br><br>Except for motions to suppress evidence or to dismiss, include a certification that the movant and the respondent conferred in good faith and could not agree on proper disposition. | October 15, 2026 |
| **2.** | **RESPONSES will be filed no later than** | October 22, 2026 |
| **3.** | **REPLIES, if any, will be filed no later than** | October 24, 2026 |
| **4.** | **EXPERT WITNESS DISCLOSURES under Rule 16 will be filed no later than** | October 15, 2026 |
| **5.** | **REBUTTAL EXPERT WITNESS DISCLOSURES will be filed no later than** | October 19, 2026 |
| **6.** | **PROPOSED VOIR DIRE, MOTIONS IN LIMINE, EXHIBIT and WITNESS LISTS, and PROPOSED JURY CHARGE and QUESTIONS will be filed no later than** | October 20, 2026 |
| **7.** | **OBJECTIONS or RESPONSES to motions in limine, exhibits or witnesses will be filed no later than** | October 23, 2026 |
| **8.** | **FINAL PRETRIAL CONFERENCE set for 1:00 P.M.** | **October 29, 2026**<br>(Before Drew B. Tipton, District Judge) |

| | | |
|---|---|---|
| **9.** | **JURY SELECTION and TRIAL set for 9:00 A.M.** | November 9, 2026 (Before Drew B. Tipton, District Judge) |
| **10.** | **Estimated Time for Trial?** Indicated the anticipated number of days. | 5 Days |
| **11.** | **Speedy Trial Waived (Y/N)** | NO |

The parties must notify the Court in writing regarding any plea bargain or plea agreement in this cause on or before **3 calendar days before the Final Pretrial Conference.** No plea bargain or plea agreement entered into after this date will be honored by this Court without good cause shown for the delay. Any motion to continue the Final Pretrial Conference and Jury Selection and Trial must be filed no later than **4 days before the Final Pretrial Conference**. Failure to abide by the deadlines may result in motions being stricken or denied.

Direct questions about this schedule to:

Kellie Papaioannou,
Case Manager to Hon. Drew B. Tipton
Kellie_Papaioannou@txs.uscourts.gov
(361) 693-6403

It is SO ORDERED.

SIGNED the 11th day of September 2026

RICHARD W. BENNETT
United States Magistrate Judge