**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 4:26−cr−00584

Benjamin Fields

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/2/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: September 18, 2026

Nathan Ochsner, Clerk
by G. Kelner, Deputy Clerk